UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN W. BROCKLESBY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 1: 20-cv-10113-IT |
| | * |
| KILOLO KIJAKAZI,[1] Acting Commissioner, | * |
| | * |
| Defendant. | * |

ORDER

November 12, 2021

TALWANI, D.J.

No objection having been filed, the Report and Recommendation [#21] on Plaintiff's Motion to Reverse and Remand to Social Security Administration [#15] and Defendant's Motion for Order Affirming Decision of Commissioner [#17] is adopted by the court. For the reasons set forth therein, Plaintiff's Motion [#15] is DENIED and Defendant's Motion [#17] is ALLOWED. The Decision of the Commissioner is AFFIRMED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge

---

[1] Plaintiff brought this action against former Commissioner Andrew Saul; Andrew Saul is no longer the Commissioner and the court substitutes Acting Commissioner Kilolo Kijakazi for former Commissioner Saul. See Fed. R. Civ. P. 25(d).